1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JOANNE ESPINOZA, | Case No.  1:13-cv-01412-LJO-SAB |
| 12           Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| 13      v. | (ECF No. 14) |
| 14  COMMISSIONER OF SOCIAL SECURITY, | |
| 15           Defendant. | |

16

17      Pursuant to the stipulation of the parties, this action is HEREBY DISMISSED, in its

18  entirety, without prejudice. The Clerk of Court is directed to close this case.

19

IT IS SO ORDERED.

20

21   Dated:   **May 28, 2014**                              **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28